**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>SAMUEL ERIC POORE,<br><br>    Defendant. | CRIMINAL NO. 5:15-80-KKC-MAS-2<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a report and recommendation in which the Magistrate Judge makes certain recommendations regarding Defendant's violations of the terms of his supervised release. (DE 155.) No party has filed objections to the recommendation, and Defendant has waived his right to appear before the district judge and to make a statement and present mitigating information (DE 158).

Accordingly, the Court hereby ORDERS that the report and recommendation (DE 155) is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated June 11, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY